DEVON D. DAVIS   #F97032
(Name)   R.J. Donovan
480 ALTA ROAD   Cell C-12-201
(Address)
SAN DIEGO, CA 92179
(City, State, Zip)
F97032
(CDCR / Booking / BOP No.)

FILED

DEC 0 6 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# United States District Court
## Southern District of California

DEVON DARRELLE DAVIS
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS,
Sgt. ACINA, M.,
C/O D. ARROYO
C/O V. HERNANDEZ
(Enter full name of each defendant in this action.)

Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**'21 CV 2047 GPC KSC**

Civil Case No._____
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

Defendants shall be Persecuted for violating Title 18 USC § 241 & 242, P.C. 147, Chapter 4 Article 1 of Title 18 USC § 242 & P.C. 2650, P.C. 2651, P.C. 2652

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, DEVON D. DAVIS,
(print Plaintiff's name)
_____, who presently resides at R.J. DONOVAN C.F.; 480 ALTA ROAD,
(mailing address or place of confinement)
CELL #C-12-201; SAN DIEGO, CA. 92179 _____, were violated by the actions of
the below named individuals. The actions were directed against Plaintiff at R.J. DONOVAN C.F.
C-Facility Building 12 _____ on (dates) 7/12/21   7/12/21 and 7/12/21.
(institution/place where violation occurred)   (Count 1)   (Count 2)   (Count 3)

§ 1983 SD Form
(Rev. 8/15)

2. <u>Defendants:</u> (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant _Sgt. ACUNA_ resides in _SAN DIEGO_ R. J. DONOVAN C.F.

(name)                                              (County of residence)

and is employed as a _(Sgt.) Sergeant_ . This defendant is sued in

(defendant's position/title (if any))

his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under

color of law: _Deliberate Indifference toward serious medical needs of Transgender Prisoner by denying access to a toilet resulting in Injury_

Defendant _Correction Officer Arroyo D._ resides in _SAN DIEGO_ R. J. DONOVAN C.F.

(name)                                              (County of residence)

and is employed as a _Correction OFFICER_ . This defendant is sued in

(defendant's position/title (if any))

his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under

color of law: _Deliberate Indifference toward serious medical needs of Transgender Prisoner by denying toilet Paper supply and ignoring severity of access to toilet resulting in Injury_

Defendant _Correction Officer HERNANDEZ_ resides in _SAN DIEGO_ R. J. DONOVAN C.F.

(name)                                              (County of residence)

and is employed as a _Correction OFFICER_ . This defendant is sued in

(defendant's position/title (if any))

his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under

color of law: _Deliberate indifference toward serious medical needs of Transgender Prisoner by denying toilet Paper supply and ignoring severity of access to toilet resulting in Injury_

Defendant _CALIFORNIA Department of Corrections_ resides in _SAN DIEGO_

(name)                                              (County of residence)

and is employed as a _C.D.C.R - R.J. Donovan C.F._ . This defendant is sued in

(defendant's position/title (if any))

his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under

color of law: _Deliberate indifference toward serious medical needs of Transgender Prisoner by ignoring 602 grievances of staff misconduct whom denied access to a toilet and supply of Toilet PAPER; Resulting in Injury_

D.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

<u>Count 1</u>:  The following civil right has been violated: <u>FREEDOM FROM CRUEL and UNUSUAL</u>
<u>PUNISHMENT by deliberate indifference to serious medical needs</u>
(E.g., right to medical care, access to courts,
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts:</u>   [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

On July 12, 2021 at R.J. Donovan C.F. ; on Facility C Transgender and Medical Yard. Correction Officer V. Hernandez acted under color of Law with Deliberate indifference toward serious medical needs of Transgender Inmate (Plaintiff) ignoring my medical necessity of Toilet Tissue to Delicate and properly clean myself. During dinner approx 5:30 p.m C/o V. Hernandez ignored me when I informed her I need Tissue. Then again at approx. 6:00 p.m during C/o V. Hernandez' Mail Pass she ignored me as I informed her of my Urgent and Desperate need for Toilet Tissue. Then again during 6:30 p.m Pill Call for medication C/o V. Hernandez ignore my Desperate Plee for some Toilet Tissue to properly clean myself. C/o V. Hernandez Deliberate Indifference act toward my serious medical need to Remove my Bowels ultimately Resulted in the injury of me Defecating on myself ; in the Dayroom ; in front of over 100 inmates and 20 correction Officers causing me to develope a Rash inside my Buttock, inner thighs, and under my testicles. Resulting is Burning, Chapping, Reddening, and Bloody Scabbing.

Count 2: The following civil right has been violated: Deliberate indifference to the Rights
of Serious Medical Care of Transgender Inmate
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 2.]

On July 12, 2021 at R.J. Donovan C.F. on Facility C Transgender/Medical Correction OFFICER D. ARROYO acted under color of law with Deliberate indifference toward serious medical needs of Transgender inmate (Plaintiff) by ignoring my medical neccessity of Toilet Tissue to Deficate and properly clean myself. Approx. 6:30 p.m During medical-Pick-up C/o V. Hernandez asked C/o D. ARROYO if she (V. Hernandez) could give me some Toilet Tissue for I (Plaintiff) can Defecate and clean myself. C/o D. ARROYO to C/o V. Hernandez "No." I (Plaintiff) informed C/o D. ARROYO of the Urgency and Desperation I face for Toilet Tissue not to Defecate on myself. C/o D. ARROYO ignores my Plee stating "If This is not enough then I am not giving you Any Tissue." As C/o D. ARROYO Hold up only 10 squares she ripped from a full ROLL of Tissue. I (Plaintiff) again inform C/o D. ARROYO "I have to Defecate can I please get enough tissue to Properly Clean myself?" C/o D. ARROYO tells me "No". As she throw the 10 individual squares on her Office Desk and close the door ignoring me Delibeatly of my serious medical needs; which resulted in the injury of me Defecating on myself; in the Dayroom; in front of over 100 inmates and 20 Correction Officers causing me to develop Reddening, Chopping, Rash, Burning, and Bleeding Scabbs inside my Buttocks, Inner Thighs, and Under my testicles.

Count 3: The following civil right has been violated: *Human Rights violations of Deliberate indifference to serious medical needs of a Prisoner causing Excessive use of force*

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:   [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

On July 12, 2021 at R.J. Donovan C.F, on Facility-C Transgender and Medical Facility, CDCR (Sgt.) M. Acuna acted under color of law with Deliberate indifference toward serious medical needs of a Transgender inmate using Excessive force by Treating an inmate (Plaintiff) inhumanely. A deliberate intent to humanity and belittlement an inmate (Plaintiff) into a response by ignoring my need to Defecate and Refusing Access to a toilet with Privacy. Sgt. M. Acuna arrived to the (Plaintiff's) housing Unit where I (Plaintiff) informed Sgt. Acuna, M. I desperatly need Access to my cell-Toilet becausing I could no-longer hold my bowels. Sgt. M. Acuna Ignores my medical need and Forces me to Defecate on the Floor; infront of my Cell-Door; Before 100 inmates and 20 correction Officers By telling the Control OFFICER 'Do Not OPEN the Cell-Door and Demanding me to 'Cuff-up.' Sgt. M. Acuna continue to ignore my medical need to Defecate in Privacy stating "I am not letting you (Plaintiff) in the cell; If you (Plaintiff) Have to "GO" that Bad go on the Floor or Cuff-up." This Deliberate indifference act resulted in the injury of me Defecating on myself; in the Dayroom; infront of my cell Door; Before 100 inmate and 20 officers causing me to Develope Burning, Chapping, Bloody Scabbings, and Reddening inside my Buttocks, Inner thighs, and Under my Testicles, Due to Sgt. M. Acuna Placing me inside a Holding Cage for 2-3 hours without the opportunity to fully clean myself and Telling me I should have clean myself with a sock or T-shirt instead of requesting to have Toilet Tissue.

**D.  Previous Lawsuits and Administrative Relief**

1.  Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case?  ☐ Yes ☑ No.

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b)  Name of the court and docket number: _____

_____

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____

_____

(d)  Issues raised: _____

_____

_____

_____

(e)  Approximate date case was filed: _____.

(f)  Approximate date of disposition: _____.

2.  Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.] ? ☑ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No", briefly explain why administrative relief was not exhausted.

I filed an Inmate/Parolee Appeal Form 602 on 7/14/2021 (see Attachment) "Due to expiration of time, this response by the Office of Grievances will be the only response." " You will be notified once the inquiry or investigation of the issue concerning your claim has been completed, but the notification will BE OUTSIDE OF THE TIMEFRAME of Grievances and Appeals Process." Is what I was told about my 602 form. Grievances of Appeals simply violated my Due Process by allowing the 60 days to expire rather addressing the issue. I also wrote to CDCR-RJ Donovan' Litigation Coordinator Urszula Stutter.

**E.  Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s):

To continue to serve as sworn Officers of California Department of Corrections, of aitilizing any form of Retatiation against the Plaintiff, And obtaining any form of immunity from Persecution.

2. Damages in the sum of $ 100,000 .

3. Punitive damages in the sum of $ 1,000,000 .

4. Other: Defendants shall Be Persecuted For violating Title 18 USC $ 241 and Title 18 USC $ 242 along with the Removal From their Office, For violating P.C. 147, chapter 4 Article 1, P.C. 2650-2652

**F.  Demand for Jury Trial**

Plaintiff demands a trial by ☑ Jury ☐ Court.  (Choose one.)

11/30/21

9/26/21

Date

Signature of Plaintiff

DEvon Darrelle Davis #F97032

R.J. Donovan C.F.

480 ALTA ROAD cell #C-12-201

SAn DIEGO, CA. 92179

United STates District Court

Southern District of California

DEVoN DARRELLE DAVIS
                Plaintiff,

V.

California DePartment of Correction

Sgt. M. ACUNA

C/o D. ARROYO

C/o V. HERNANDEZ
                Defendant (s)

Civil CAse No.

Points AND Authority

SuPPORT of Claim.

ARGUMENTS

A. Violations

① Deliberate indifference to serious medical needs against a Transgender Inmate. ② Cruel and Unusual Punishment ③ Use of Excessive Force on an inmate involving injury and /(or) Unusual CIRCUMSTANCES ④ Force of Indicent EXPoszure of Transgender Inmate ⑤ ABuSE to an inmate in a Deliberate intention to humanity and Belittlement into a Response ⑥ Misuse of a Peace Officer Authority, Privilege, or acting in Excess of a Peace Officer Official Capacity toward Transgender inmates ⑦ P.C. 147

⑧ P.C. chapter 4 treatment of Prisoners Article 1 mistreatment of Prisoners ⑨ P.C. 2650 ⑩ P.C. 2651 ⑪ P.C. 2652 ⑫ Title 18 USC § 241, 242 ⑬ Title 42 chapter 21, subchapter 1 § 1983 ⑭ Title 42, USC § 1985 (3) ⑮ CCR Title 15 § 3391 (a) by not being professional in their dealing with the undersigned while on duty... ⑯ Law enforcement Code of Ethics ⑰ CDCR code of Conduct by using moral turpritude which brings Discredit to CDCR

I declare under penalty of perjury that the above information is true and correct and understan that a false statement herein may result in the dismissal of my claims

11/30/21
9/26/21
Date                              Signature of Plaintiff

3ª Copy sent to Prison Law Office

R. J. Donovan
C-12-201
480 Alta Road
San Diego, Ca. 92179

Dear Ursula Statter ; (Litigation Coordinator)

I ; Devon Davis #F97032 T/m of RJ Donovan C-Facility
am writing; to inform you; of the Violations of my Constitution
and Human Rights ; By RJ Donovan Correction OFFicers
C/o D. Arroyo, C/o V. Hernandez, & Sgt. Acuna on July 12, 2021
3rd Watch in Unit:12 . These Violations to be mention in this
letter is a violation of OFFicer's ① Law Enforcement Code of Ethics
② CDCR code of Conduct by using involving moral turpitude which
brings Discredit to CDCR ③ Abuse to an inmate in a deliberate
intention to humanity & Belittlement an inmate into a Response
④ Misuse of a Peace Officer Authority, Privilege, or acting in Excess of
a Pace Officer's Official Capacity toward Transgender Inmates. ⑤
Discrimination Racially and Genderly against Inmate (Davis F97032)
⑥ Force of Indicent Exposure OF Transgender Inmate (Davis F97032) ⑦
OPPRESSION of the OPPRESSED ⑧ Cruel & Unusual Punishment ⑨ Use
of Excessive force on an inmate involving injury and (OR) UNUSUAL
Circumstances (Defecating on the tier out side of my cell door rather
being allowed to use my toilet) ⑩ P.C. 147 inhumanity to Prisoners
⑪ P.C. chapter 4 Treatment of Prisoners Article 1 mistreatment of Prisoners
⑫ P.C. 2650 Unlawfulness of injury to prisoner ⑬ P.C. 2651
limitation on Authority to Punish ⑭ P.C. 2652 Unlawful Punishment
⑮ Title 18 21SC § 241 ⑯ Title 18 21SC § 242 ⑰ Title 42 chapt
21, subchapter 1, § 1983 ⑱ Title 42, 21SC § 1985 (3) and ⑲ CCR
Title 15 § 3391 (a) by not being professional in their dealing with
the Undersigned while on duty..... ⑳ Deliberate indifference to
a Serious Medical need against an Transgender Inmate

All of these violations I'm asking for you to investigate into occured on July 12, 2021 between 17:00 hours – 19:00 hours showed clearly the escalation of factors on %o V. Hernandez, %o D. Arroyo, & Sgt. Acuna Body Cam; as well as 12-Unit Building Cam (OFFICE and A-section) Video/Audio footage of incident.

I first approached %o V. Hernandez during Dinner (chow) informing her I was completly out of toilet Paper and Need to use the toilet to Deficate. I explained to her 2nd Watch %o Gomez were suppose to bring me some tissue before he left work but forgot. %o Hernandez said she will bring me some tissue After Feeding. Approx. 30 minutes later I reminded %o Hernandez during her rounds of Mail Pass to "PLEASE" remember to bring me some toilet Paper for emergency use. %o Hernandez again Agreed to. Approx. another 30 minutes later during 6.p.m Med. Pass I was still without toilet Paper. This lead me to walk to the %o's Office and Againy ask %o Hernandez if I can Please have some Toilet Paper Because I desperatly Need to Remove my Bowels. %o Hernandez told me "Only if a Portion is already Made she will give it to me." I informed %o Hernandez again of the 3 roll (ball) of tissue 2nd Watch Floor Office Gomez left in their office that she could Make me a Portion from. Informing her this is a NON-NEGOTIABLE CASE I am near Deficating on my Person. She in turn said she have to first ask her Partner %o D. Arroyo. I tried to reason with %o Hernandez stating, "The time you spending debating this issue with me. You could have given me some tissue and I could have already been back to my cell on the toilet Please just give me some tissue."

C/o Hernandez again Refusses. As she leave the Office and ask C/o D. Arroyo who in tarrn tell her not to give me any tissue I have to wait. I then inform C/o D. Arroyo that I Can not wait this is an Urgent Emergency. I need the tissue Now. C/o Arroyo enter the Office and Tear 10 squeres Approx. off a Rall roll of tissue and procceed to hand it to me. I inform C/o Arroyo I have to Deficate 10 squsres isn't enough tissue to clean myself Please give me a Rall Portion C/o Arroyo throw the tissue Back on her Desk and say she's not giving me any tissue and leaves the Office. I tell C/o Arroyo to plesse call her Sgt. over or some-one to show them the 10 squeres she want me to be complaccat with to no avail After heated exchange of words for this inhumane treatment I realize the office door was not Shut and enter the office on my own accord and Fix myself a Portion of toilet Paper duc to the impeding arrival of Defication erapting through me and hesd to my Cell for the toilet as Both C/o's Arroyo & Hernandez Press their Alarm for Back-up. I arrive to my Cell door as Sgt. Acana and responding Officers make it to the Unit. From my cell door C.12-201 top tier I tell Sgt. Acana "I don't mind cuffing up But at this second I have to Deficate and can no longer hold it duc to its coming out Plesse just tell the tower to leave my door open For Security reesons as You can stand in the Doorway with your officers and observe me Only use the toilet. I am a Trans-Inmate and cannot hold it any longer." Sgt. Acana denied me this Right ordering me to cuff up and use the Toilet approx. 150 yards away in the Gym AREA RATHER Than allowing me to use the toilet

1 yard away inside of my cell where we are already stationed. I informed Sgt. Acuna "I cannot make it down the stairs miss long the gym Please Allow me to use the toilet and watch me Right here." I was again denied this privilege and Right. Sgt. Acuna told me," If I got to go that bad then go on the Floor which is on the top tier infront of the entire building and Staff as well as Cameras (Personal and Building). Not being able to hold off any longer I Defecate on myself (the Tier) and wasn't given proper equipment or time to cleanse myself which resulted in a rash and irritation along my inner thighs, testicle, and butt. After the whole ordeal Sgt. Acuna on Numerous occasions tells me I should have Opted to just cleanse myself with my Socks, a Towel, or a T-shirt over getting the tissue. I choose the wrong Option! I informed All parties the actions they are taking is in direct violation with many Human Right Laws and extremly Unconstitutional. No one seemed to care not even the least.

   Please Ursula Stalter investigate into this matter and help me in any way possible with these inquires I've listed. Thank You for taking your time to read this notice. I would also appreciate it; If I could be given a copys of the Video & Audio Camera Feed of mentioned cameras.

                                              Sincerly
                                    DEVon DAvis F97032
                                      C-12-201

CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

**Offender Name:** DAVIS, DEVON DARRELLE          **Date:** 09/11/2021
**CDC#:** F97032

**Current Location:** RJD-Facility C                    **Current Area/Bed:** C 012 2 - 201001L

**Log #:** 000000147499

---

**Claim #: 001**
**Institution/Parole Region of Origin:** RJ Donovan Correctional Facility          **Facility/Parole District of Origin:** RJD-Facility C
**Housing Area/Parole Unit of Origin:**
**Category:** General Employee Performance          **Sub-Category:** Other Staff Misconduct - NOS

The California Department of Corrections and Rehabilitation (CDCR) Office of Grievances at RJD-Facility C received your claim on 07/14/2021.

California Code of Regulations, title 15, provides CDCR Office of Grievances 60 calendar days to complete a response.

Although 60 calendar days have passed since your claim concerning General Employee Performance;Other Staff Misconduct - NOS was received, your claim is still under inquiry or investigation. Due to the expiration of time, this response by the Office of Grievances will be the only response.

You will be notified once the inquiry or investigation of the issue concerning your claim has been completed, but the notification will be outside of the timeframe of the Grievances and Appeals Process. You do not need to resubmit this claim to CDCR.

**Decision: Under Investigation**

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A  (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region | Log # | Category |
|---|---|---|---|

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.     WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First) | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| DAVES, DEVON | F97032 | C-12-201 | P.I.A -LAUNDRY |

**A.** Continuation of CDCR 602, Section A only (Explain your issue) Title 18 21SC § 242; Title 42 chapter
21, subchapter 1, § 1983; Title 42 USC § 1985 (3) and CCR Title 15 § 3391 (a) not
being Professional with the undersigned while on duty. Approx between the hours
of 17:00 - 18:45 I was Denied Toilet Paper to Clean myself by C/o D. Arroyo
& V. Hernandez 12 unit C/yard Floor Staff. Which led to then Setting off
An ALARM Due to me Entering their office and helping myself to a Portion
of Tissue & also Urgently. This is when Sgt. Aczina approach me in front
of my cell Door C-12-201 and urge me to remove my Bowels on the Floor
infront of my door on the top Tier infront of the entire 12 unit Population
inmate and staff alike on camera by saying "If you got to go then bed
then go right where you at" then later stating after I was forced to
either "Deficate on myself or Pull my pants down and squat on the top
Tier "You should have opted to just clean yourself with your sock, towel, or
T-shirt rather then taking the Tissue." This is also a violation for All(3)
of their Law Enforcement Code of Ethic, CDCR Code of Conduct by involving
moral turpitude which brings discredit to CDCR; using Excessive force on a
inmate involving injury and (OR) UNUSUAL CIRCUMSTANCES (Deficate
outside my housing Units door on the Tier.) + Misuse of a Peace Officer's Authority
privilege or action in excess of a Peace officer's official Capacity. Against a
Transgender Inmate. (PREA)

Inmate/Parolee Signature _____  Date Submitted: 7-14-21

**B.** Continuation of CDCR 602, Section B only (Action requested): $1,000,000 (EACH) Punitive Damages for Deliberate
Public Humiliation; Mental Anguish; Deliberate berate and Belittlement, OPPRESSION of the OPPRESSED,
and violations of Constitutional and Humane Rights.  Total of $1,037,000 (EACH) Fined to
C/o D. Arroyo; C/o V. Hernandez; Sgt. Ac
ina  along with Termination of Employement.
For said ABOVE VIOLATION. Discremenation against Trangyada Inmate $4,000 fine (EACH), / HATE CRIMES
Body Cam Video / AUDIO as witness to grievance of @ 7-12-2021 Time 17:00 -
19:00 Hour of C/o V. Hernandez C/o D. Arroyo & Sgt. Acina     Extended Body
Cam Audio of C/o V. Hernandez + C/o D. Arroyo Hours of 19:00 - 19:45 (private
conversation) C12 Unit DAyroom Cam of A section and Office Cam 17:00 - 19:00 hours
on 7-12-2021; Investigation into PREA Inquiry; Cruel and Unusual Punishment
Free from Reprisal and retaliation any such action results is $500,000 fine and
cemoval of office Employement. Deliberate indifference to Serious Medical need
Against Trans-Inmate $10,000

Inmate/Parolee Signature _____  Date Submitted: 7-14-21

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region | Log # | Category |
|---|---|---|---|
| | | FOR STAFF USE ONLY | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations, (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.          **WRITE, PRINT, or TYPE CLEARLY** in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| DAVES, DEVON | F97032 | C-12-201 | PIA - LAUNDRY |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

(Inhuman Treatment) Violation of Constitutional & Human Rights

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): On 7-12-2021 %
D. Acevo ; % V. Hernandez ; & Sgt. Acosta, violated my Constitutional and Human Rights
by violating P.C. 147 inhumanity to prisoners ; P.C chapter 4 treatment of Prisoners Article
1 mistreatment of Prisoners ; P.C. 2650 ; P.C. 2651 ; P.C. 2652 ; Title 18 21SC § 241 ;

B. Action requested (If you need more space, use Section B of the CDCR 602-A): $4,000 Abuse of Authority
(Each) ; $4,000 Excessive Use of Force (Each) ; $4,000 Inhumane Treatment (Each) ;
$4,000 Force of Indicent Exposure (Each) ; $10,000 violations of Title 18 21SC
§ 241 (Each) ; $1,000 and/or 1 year in jail violation of Title 18 21SC § 242

Supporting Documents: Refer to CCR 3084.3.

☒ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

Body Cam of said Officers Audio/Video  CDCR 7362 Form
2/14 C12 Cam as mentioned above

☐ No, I have not attached any supporting documents. Reason: _____

_____

_____

| Inmate/Parolee Signature: | Date Submitted: 7-14-2021 |
|---|---|

☐ By placing my initials in this box, I waive my right to receive an interview.

JUL 14 2021

STAFF USE ONLY

**C. First Level - Staff Use Only**          Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is: ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
          (Print Name)

Reviewer: _____ Title: _____ Signature: _____
          (Print Name)

Date received by AC: _____

| AC Use Only |
|---|
| Date mailed/delivered to appellant ___ / ___ / ___ |

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I: TO BE COMPLETED BY THE PATIENT |
| --- |
| If you believe this is an urgent/emergent health need, contact the correctional officer on duty. |

REQUEST FOR:   MEDICAL ☑   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME
DAVIS, DeVON

CDCR NUMBER
F-92098

HOUSING
C-12-201

PATIENT SIGNATURE

DATE
7-13-2021

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) I am having burning, chaffing results with blood along my lower thighs, testicles, and anal area from skin irritation caused by being forced to urinate on myself without pour chair on 7/12/2021. This irritation/rash is causing me to loss sleep over the last 24 hours. I need some medicated skin cream.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

DeVon Davis CDC # F97032
R.J. Donovan Cell # C-12-201
480 Alta Road
San Diego, CA 92179







Clerk of U.S. District Court
333 West Broadway, Suite 420
San Diego, CA 92101

Alberty Jose - Albright-035nd

Leah Jose

H. Renteria GVS
KCC
11/30/21